UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------X
JOAO M. MOREIRA,    Civil Action No. 1:14-cv-02530-JEI-AMD
on behalf of himself and all others
similarly situated

                Plaintiffs,

   v.

PROFESSIONAL RECOVERY
SERVICES, INC., a New Jersey Corporation;
and JOHN AND JANE DOES NUMBERS 1
THROUGH 25,

                Defendants.
--------------------------------------------------------X

## NOTICE OF DISMISSAL

      Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby stipulates to and gives notice of the dismissal of the above-entitled and numbered action, with prejudice as to Plaintiff and without prejudice as to the rights of the unnamed putative class members.

      Respectfully submitted,

      /s/ Ryan Leyland Gentile
      _____

      Ryan Leyland Gentile
      Law Offices of Gus Michael Farinella PC
      147 West 35th Street
      Suite 1008
      New York, NY 10001
      201-873-7675
      Email: rlg@lawgmf.com
      ATTORNEY FOR PLAINTIFF